# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Junjiao Wei, Plaintiff, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule "A", Defendants. | Case No. 1:25-cv-11833 <br><br> District Judge Virginia M. Kendall <br><br> Magistrate Judge Daniel P. McLaughlin |

## NOTICE OF SETTLEMENT AND DISMISSAL UNDER RULE 41(a)(1) AS TO CERTAIN DEFENDANTS

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Junjiao Wei ("Plaintiff") hereby dismiss this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| AIRIFY-US | 5 |
| AKQMG | 6 |
| aucinr yt133 | 14 |
| Avery Technology | 15 |
| bimengshangmaoshanghang | 20 |
| Bok choy | 22 |
| changgeshifanlanshangmaoyouxiangongsi | 24 |
| CHENSHAOQING1987 | 26 |
| ChiBiShiGaoFengYuShangMaoYouXianGongSi | 29 |

| | |
|:---:|:---:|
| Daimory | 34 |
| dayiwu | 36 |
| FanBingQuanMaoYi2025428 | 44 |
| FLK888666 | 50 |
| Gpneery | 55 |
| Hbeex | 59 |
| hefeibanghuangshangmaoyouxiangongsi | 60 |
| Hmmyior | 64 |
| Huangting888 store | 65 |
| huangzongkejingpin | 66 |
| iSovze | 73 |
| jingyulonxj | 79 |
| kuangwan | 82 |
| L&X ART | 83 |
| landongxinbune | 85 |
| lanlingxianjuxinshucaijiagongyouxiangongsi | 86 |
| LianCuiStore | 90 |
| LuxeHug | 96 |
| Miloder-US | 103 |
| NUOZSEMLL | 108 |
| Ok-Dragon® | 109 |
| Opliat Silicone Wire | 111 |
| Oxurbae Direct | 113 |
| QianLuoDianZi | 117 |
| Reieset Group | 123 |
| RESGLOW | 125 |

| | |
|---|---|
| Saiaote-US | 131 |
| ShangHaiBingQianMenChuangYouXianGongSi | 133 |
| SHIXINGPENG | 135 |
| siinx 122ce | 138 |
| Smiley Fish Boutique | 141 |
| The Imaginary Mug Store | 147 |
| Wangshi | 154 |
| WuGuangPingStore | 157 |
| Xiamenshicangqingjiadianzishangwudiangerenduzi | 160 |
| xiamenyiquanzhu | 161 |
| xiangchengshigengyeshangmaoyouxiangongsi | 162 |
| Yongtai Direct | 175 |
| zhongshanshiguchidianziyouxiangongsi | 181 |
| Ziming888 store | 182 |
| 黄银崧 | 186 |
| 敏里效商贸 | 187 |

Dated: December 10, 2025                Respectfully submitted,


/s/Zhiwei Hua
1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
Bar No. 6099105
huazhiwei@concordsage.com
Phone: (216)3923236


ATTORNEY FOR PLAINTIFF