IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Junjiao Wei | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-11833 |
| | ) | |
| v. | ) | District Judge Virginia M. Kendall |
| | ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) | Magistrate Judge Daniel P. McLaughlin |
| | ) | |
| Defendants. | ) | |

**Plaintiff's Motion for Entry of Default and Default Judgment**

Plaintiff, Junjiao Wei ("Plaintiff"), by and through Plaintiff's counsel, hereby moves this Court to enter Default and Default Judgment against the Defendants identified in Exhibit A to the accompanying memorandum, which Plaintiff submits in support hereof.

Dated: December 11, 2025

Respectfully submitted,

/s/Zhiwei Hua
1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
Bar No. 6099105
huazhiwei@concordsage.com
Phone: (216)3923236

*Counsel for Plaintiff*